IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAROD BARTON SCHWAB,<br><br>Defendant. | CR 20-34-M-DLC<br><br>ORDER TO ISSUE WARRANT |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Jarod Barton Schwab to appear for arraignment on August 20, 2020, at 1:30 p.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Jarod Barton Schwab.

Dated this 12th day of August, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1