IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–34–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAROD BARTON SCHWAB, | |
| Defendant. | |

Before the Court is the United States Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 38.) Mr. Schwab has been adjudged guilty of one count of possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1). (Docs. 41–42.) As such, the Court finds a sufficient factual basis and cause to issue a preliminary forfeiture order in this case under 21 U.S.C. §§ 853(a)(1) and (2) and Federal Rule of Criminal Procedure 32.2(b).

Accordingly, IT IS ORDERED that the United States' motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that Mr. Schwab's interest in any property, real or personal, involved in the offenses pleaded to in the Indictment, and any property traceable to such property, is forfeited to the United States in

1

accordance with 21 U.S.C. §§ 853(a)(1) and (2). That property consists specifically of the following items:

- One LG Trac phone;
- One multi-colored pack; and
- $760 in U.S. Currency.

IT IS FURTHER ORDERED that the FBI, the United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 9th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court